Dismissed and Memorandum Opinion filed April 22, 2004









Dismissed and Memorandum Opinion filed April 22, 2004.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00105-CV

____________

 

EDWARD VAN BUREN, JR., Appellant

 

V.

 

COMMISSION FOR LAWYER DISCIPLINE, Appellee

 



 

On Appeal from the
164th District Court

Harris County,
Texas

Trial Court Cause No. 02‑39096

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed October 27,
2003.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On March 5, 2004, notification was transmitted to all parties
of the Court=s intent to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 22, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.